Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
  *arby@calljustice.com*
Jacob Karczewski (Cal. State Bar No. 268295)
  *jacob@calljustice.com*
Talar DerOhannessian (Cal. State Bar No. 311687)
  *talar@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
 Telephone:   (818) 265-1020
 Facsimile:    (818) 265-1021

*Attorneys for* Plaintiff Yvonne Wilson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE WILSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZENITH AMERICAN SOLUTIONS, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-05617-JST<br><br>Honorable Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO WITHDRAW**<br><br>Date:          November 17, 2022<br>Time:         2:00 p.m.<br>Courtroom: 6  (2nd Floor)<br><br>Complaint Filed: June 16, 2020<br>SAC Filed:          July 23, 2021<br>Trial Date:          Not Set |

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Motion to Withdraw as Counsel for Plaintiff Yvonne Wilson ("Plaintiff") came on for hearing before this Court on November 17, 2022, at approximately 2:00 p.m., in Courtroom 6 of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, CA 94612. The Court has reviewed Plaintiff's Counsel's moving papers, Defendant Zenith American Solutions, Inc.'s ("Defendant") opposition, if any, and Plaintiff's reply brief in connection with the motion. The Court has also considered oral argument and all evidence presented at the hearing.

Upon good cause, Plaintiff's Counsel's Motion to Withdraw is hereby GRANTED. Plaintiff's Counsel are hereby allowed to withdraw; and it is further ORDERED that in accordance with Civil Local Rule 11-5(b), Plaintiff's Counsel will transit to Plaintiff any communications from the Court or opposing counsel for forwarding purposes, unless and until the client appears by other counsel or pro se, or until the matter concludes in this Court, and will advise Plaintiff of that fact.

**IT IS SO ORDERED.**

Dated: _____        _____
                                 Hon. Jon S. Tigar
                                 Judge of the U.S. District Court