UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>ZENITH AMERICAN SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 20-cv-05617-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 83 |

Pursuant to the Order Granting Motion for Sanctions and Motion to Withdraw signed February 23, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 27, 2023

> Mark B. Busby
> Clerk, United States District Court
>
> By: _____
> Mauriona Lee, Deputy Clerk to the
> Honorable JON S. TIGAR